# ORIGINAL



**CASE UNSEALED PER ORDER OF COURT**

FILED

12 MAY -1  AM 11: 53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PM_          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. __12CR1689 JAH__ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 18, U.S.C., Sec. 371 – Conspiracy; Title 31 U.S.C., Sec. 5324(a)(3) – Structuring; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 26, U.S.C., Sec 2703 – Failure to File a Tax Return |
| YONAS FIKRE (1), DAWIT WOLDEHAWARIAT (2), ABREHAILE HAILE (3), | ) ) ) | |
| Defendants. | ) | |

The grand jury charges:

### Count 1

### CONSPIRACY TO STRUCTURE

### Introduction

1. Defendants YONAS FIKRE ("FIKRE") and DAWIT WOLDEHAWARIAT ("WOLDEHAWARIAT") are brothers, and have previously conducted business together. Defendant WOLDEHAWARIAT resides in San Diego, California.

2. In or about December 2009, defendant FIKRE traveled from the United States to Sudan.

3. Defendants FIKRE and WOLDEHAWARIAT agreed to transfer tens of thousands of dollars from the United States to the United Arab Emirates to have the money available for use in Sudan or elsewhere. Defendants WOLDEHAWARIAT and FIKRE wanted to conceal from the United States their connection to the money transfers.

CPH:lml:San Diego
5/1/12



1      4.   Defendant ABREHAILE HAILE is an agent, manager and operator

2   of Red Sea Finance, Inc., a money transmitting business located in

3   Seattle, Washington.

4                              CONSPIRACY

5      5.   Beginning on a date unknown to the Grand Jury, and

6   continuing up to on or about December 12, 2010, within the Southern

7   District of California and elsewhere, defendants YONAS FIKRE, DAWIT

8   WOLDEHAWARIAT, and ABREHAILE HAILE knowingly conspired and agreed with

9   each other and with other persons known and unknown to the Grand Jury

10  to commit offenses against the United States, to wit, for the purpose

11  of evading the reporting requirements of section 5313(a) of Title 31,

12  United States Code, and the regulations promulgated thereunder,

13  structure or attempt to structure transactions with one or more

14  domestic   financial   institutions;   in   violation   of   Title   31,

15  United States Code, Section 5324(a)(3) and Title 31, Code of Federal

16  Regulations, Sections 103.11 and 103.22(b)(1) (now codified as

17  Title  31,  Code  of  Federal  Regulations,  Sections  1010.100  and

18  1010.311).

19                              OVERT ACTS

20     6.   In  furtherance  of  said  conspiracy  and  to  effect  and

21  accomplish the objects thereof, the following overt acts, among

22  others, were committed within the Southern District of California and

23  elsewhere:

24          a.   On or about April 13, 2010, defendant FIKRE instructed

25               defendant WOLDEHAWARIAT to contact defendant HAILE to

26               transfer money from the United States to Dubai;

27  //

28  //

b.   On or about April 14, 2010, defendant WOLDEHAWARIAT placed a telephone call in which he asked defendant HAILE to transfer approximately $75,000 without identification or a social security number for defendants WOLDEHAWARIAT and FIKRE;

c.   On or about April 14, 2010, defendant HAILE provided defendant WOLDEHAWARIAT with a Bank of America account number into which defendant WOLDEHAWARIAT was to deposit funds to be transferred by defendant HAILE;

d.   On or about April 14, 2010, defendant WOLDEHAWARIAT deposited $7,000 in U.S. currency into the bank account provided to him by defendant HAILE;

e.   On or about April 15, 2010, defendant WOLDEHAWARIAT deposited $7,000 in U.S. currency into the bank account provided to him by defendant HAILE;

f.   On or about April 15, 2010, defendant HAILE instructed defendant WOLDEHAWARIAT to make another deposit into the same bank account, stating, "Divide the money into small amount and deposit it";

g.   On or about April 19, 2010, defendant WOLDEHAWARIAT deposited $7,000 in U.S. currency into the bank account provided to him by defendant HAILE;

h.   On or about April 22, 2010, defendant HAILE provided defendant WOLDEHAWARIAT with a second bank account number into which defendant WOLDEHAWARIAT was to deposit money.

All in violation of Title 18, United States Code, Section 371.

//

3

## Count 2

### STRUCTURING

From on or about April 14, 2010, and continuing to on or about April 19, 2010, within the Southern District of California, defendants YONAS FIKRE, DAWIT WOLDEHAWARIAT, and ABREHAILE HAILE did knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure or attempt to structure transactions with one or more domestic financial institutions; in violation of Title 31, United States Code, Section 5324(a)(3) and Title 31, Code of Federal Regulations, Sections 103.11 and 103.22(b)(1) (now codified as Title 31, Code of Federal Regulations, Sections 1010.100 and 1010.311), and Title 18 , United States Code, Section 2.

## Count 3

### FAILURE TO FILE A TAX RETURN

During calendar year 2009, defendant DAWIT WOLDEHAWARIAT, who was a resident of San Diego, California, had and received a gross income in excess of $26,000. By reason of such gross income, he was required by law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return to the Internal Revenue Service Center, at San Diego, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at San Diego, California, or to another Internal Revenue office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2010, within the Southern District of California and elsewhere, to make an

1 income tax return; in violation of Title 26, United States Code,

2 Section 7203.

3 Count 4

4 FAILURE TO FILE A TAX RETURN

5     During calendar year 2010, defendant DAWIT WOLDEHAWARIAT, who was

6 a resident of San Diego, California, had and received a gross income

7 in excess of $29,000. By reason of such gross income, he was required

8 by law, following the close of the calendar year 2010 and on or before

9 April 15, 2011, to make an income tax return to the Internal Revenue

10 Service Center, at San Diego, California, to a person assigned to

11 receive returns at the local office of the Internal Revenue Service

12 at San Diego, California, or to another Internal Revenue office

13 permitted by the Commissioner of Internal Revenue, stating

14 specifically the items of his gross income and any deductions and

15 credits to which he was entitled. Well knowing and believing all of

16 the foregoing, he did willfully fail, on or about April 15, 2011,

17 within the Southern District of California and elsewhere, to make an

18 income tax return; in violation of Title 26, United States Code,

19 Section 7203.

20     DATED: May 1, 2012.

21

22                                       A TRUE BILL:

23                                       Foreperson

24 LAURA E. DUFFY
   United States Attorney

25

26 By:

27     CAROLINE P. HAN
       Assistant U.S. Attorney

28